3
RANDELL PARKER
CHAPTER 7 TRUSTEE
3820 Herring Road
Arvin, CA   93203
(661)854-1503

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In the Matter of<br><br>**Leticia Ureno**<br><br>Debtor(s) | Case No. 16-13532-A<br>Chapter 7<br>DC NO.   RP-1<br><br>Date:    March 8, 2017<br>Time:   10:00 am<br>Place:   510 19th Street, Suite 200<br>            Bakersfield, CA<br>Judge:  Fredrick E. Clement |
|---|---|

## MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY SUBJECT TO OVERBID

Randell Parker, Chapter 7 Trustee ("Trustee") in the above captioned case respectfully moves the Court for an order authorizing sale of personal property of the estate. The Trustee seeks to sell the bankruptcy estate's interest in an '03 Toyota Tundra License #7B70368 to Leticia Ureno for $2,000.00, subject to overbid at the hearing.

JURISDICTION

1. Leticia Ureno ("Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code ("U.S.C.") on September 29, 2016, and Randell Parker was appointed Chapter 7 Trustee.

2. This Court has jurisdiction over the issues raised in this matter under the above referenced case, name and number pursuant to 28 U.S.C. §1334 and 157 and the general

order of reference to Bankruptcy Courts.

3. This is a core proceeding pursuant to 28 U.S.C. §157 (b)(2)(A) and (N).

4. Venue is properly in this Court pursuant to 28 U.S.C. §1409 (A) by virtue of this case pending before this Court.

FACTUAL BACKGROUND/TERMS OF SALE

1. Leticia Ureno ("Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code ("U.S.C.") on September 29, 2016, and Randell Parker was appointed Chapter 7 Trustee.

2. Trustee accepted debtor's offer of $2,000.00 for the bankruptcy estate's interest in an '03 Toyota Tundra License #7B70368 based on the NADA value and information as follows:

| | |
|---|---|
| '03 Toyota Tundra License (130,000 miles) | $   5,850.00 |
| Less exemption | $ < 3,050.00> |
| Less costs of sale | $ <    877.50> |
| Total | $   1,922.50 |

3. The Trustee considered the cost to take possession of the asset, costs associated with a public sale and the risk of receiving a lesser amount, in determining that the offer is fair.

4. Trustee is in possession of the deposit of $200.00, the original certificate of title, and proof of insurance.

5. Trustee accepted the offer subject to overbid at the hearing. A fair offer would need to exceed $5,050.00, in order to pay the debtor the exemption amount. Any party desiring to bid at the hearing must follow the instructions provided in the *Notice of Hearing on Motion for Authorization to Sell Personal Property, Subject to Overbid* filed and served herewith.

6. Trustee being informed that there are no significant tax consequences to the sale, believes that the proposed sale is in the best interest of the estate.

WHEREFORE, the Trustee prays that:

1. The Motion be granted;

2. He be authorized to sell the '03 Toyota Tundra License #7B70368 to Leticia Ureno for $2,000.00, or the highest bidder at the hearing;

3. The 14 day stay of order provided by Bankruptcy Rule 6004(h) be waived and not applicable to the order.

**DATED: February 9, 2017**              /s/ Randell Parker_____
                                         Randell Parker
                                         Chapter 7 Trustee
                                         3820 Herring Road
                                         Arvin, CA   93203